CLARENCE JONES v. THE STATE.

No. 9509.   Delivered June 3, 1925.

Selling Intoxicating Liquor—Appeal Dismissed—Request of Appellant.

On proper affidavit of appellant asking that his appeal be dismissed, it is so ordered.

Appeal from the District Court of Collin County.   Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction of selling intoxicating liquor; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Collin County of selling intoxicating liquor, and his punishment fixed at two years in the penitentiary.

Appellant has filed an affidavit in due form asking that he may withdraw his appeal in this case, and in response to his request the appeal is ordered dismissed.

*Dismissed.*